**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARTOSZ GRABOWSKI,** individually and on behalf of all similarly situated individuals, | |
| Plaintiff, | Case No. 22-cv-01303 |
| v. | Hon. John J. Tharp, Jr. |
| **APPLE INC.,** | Magistrate Judge Beth W. Jantz |
| Defendant. | |

**JOINT MOTION FOR AN EXTENSION OF TIME TO
CASE MANAGEMENT SCHEDULE DEADLINES**

Defendant Apple, Inc. ("Apple") and Plaintiff Bartosz Grabowski ("Plaintiff") (collectively, the "Parties"), through their counsel, hereby jointly move for a 120-day extension of the deadlines set forth in the Case Management Schedule (the "Motion"). In support of their Motion, the Parties state as follows:

1.      On September 12, 2025, the Parties submitted proposed case management schedules, setting forth Plaintiff's and Defendant's respective proposed pre-trial schedules. (Dkt. 49).

2.      On September 15, 2025, the Honorable John J. Tharp, Jr. entered a minute order, adopting Defendant's proposed schedule. (Dkt. 51).

3.      On September 16, 2025, District Judge John J. Tharp Jr. referred this case to the Magistrate Judge Beth W. Jantz for discovery scheduling and supervision and for any settlement conferences. (Dkt. 56).

4.      On September 26, 2025, the Honorable Beth W. Jantz reaffirmed the schedule ordered by the Honorable John J. Tharp, Jr. (Dkt. 57).

5.      On September 11, 2025, the Parties exchanged initial disclosures.

6.      On September 24, 2025, Plaintiff served his First Set of Interrogatories and First Set of Requests for Production on Apple.

7.      On October 23, 2025, Apple served its Request for Inspection, First Set of Interrogatories, and First set of Requests for Production on Plaintiff.

8.      On November 18, 2025, the Parties appeared before the Honorable Beth W. Jantz for a status conference and requested a mutual extension to provide written discovery responses, to December 15, 2025, which was granted. (Dkt. 63).

9.      On December 15, 2025, the Parties exchanged written responses to discovery requests.

10.     On December 15, 2025, Apple served supplemental initial disclosures.

11.     In January 2026, the Parties exchanged correspondence concerning outstanding discovery disputes, and on January 29, 2026, the Parties conducted a further meet-and-confer in an effort to resolve those issues.

12.     The Parties have each begun the production of documents.

13.     Given the scope of Plaintiff's discovery requests, and the nature and volume of the documents that Apple needs to review and process in response to those requests, additional time is needed to complete document productions, review documents, and conduct depositions.

14.     This Motion is not meant to unreasonably delay these proceedings. The Parties bring this Motion in good faith and well in advance of the deadlines. The Parties submit that neither party will be prejudiced by this requested extension.

15.     The Parties have not previously requested to extend the Case Management Schedule deadlines.

**WHEREFORE** the Parties jointly and respectfully request that the Court enter an order extending the Case Management Schedule deadlines by 120 days and resetting the pre-trial schedule as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Class Discovery | April 10, 2026 | August 10, 2026 |
| Deadline for Motion for Class Certification and Plaintiff's Class Certification-Based Expert Reports | April 24, 2026 | August 24, 2026 |
| Opposition to Class Certification Motion and Defendant's Class Certification-Based Expert Reports | June 8, 2026 | October 6, 2026 |
| Deadline for Class Daubert Motion(s) | June 22, 2026 | October 20, 2026 |
| Class Certification Reply Brief | July 8, 2026 | November 5, 2026 |
| Close of Fact Discovery | October 30, 2026 | March 1, 2027 |
| Deadline to make expert disclosures | November 30, 2026 | March 30, 2027 |
| Deadline for rebuttal expert disclosures | January 8, 2027 | May 10, 2027 |
| Close of expert discovery | February 8, 2027 | June 8, 2027 |
| Deadline for Motion(s) for Summary Judgment and Daubert Motion(s) | March 8, 2027 | July 6, 2027 |

**Dated:**   February 26, 2026

/s/Monica S. Asher

Daniel Ray Campbell
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Ste 4000
Chicago, IL 60606
312-984-2167
dcampbell@mcdermottlaw.com

- 3 -

John J. Calandra (pro hac vice)
Monica S. Asher (pro hac vice)
Zachary E. Sproull (pro hac vice)
Chenjia Zhu (pro hac vice)
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 547-5400
Fax: (212) 547-5444
JCalandra@mcdermottlaw.com
Masher@mcdermottlaw.com
ZSproull@mcdermottlaw.com
chenjiazhu@mcdermottlaw.com

Elizabeth Rodd (pro hac vice)
MCDERMOTT WILL & SCHULTE LLP
200 Clarendon Street, Floor 58
Boston, Massachusetts 02116
Tel: (617) 535-4000
Fax: (617) 535-3800
Erodd@mcdermottlaw.com

*Attorneys for Apple Inc.*


 /s/  Paul T. Geske

Myles McGuire
Paul T. Geske
Brendan Duffner
Donald S. Cuba II
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
pgeske@mcgpc.com
bduffner@mcgpc.com
dcuba@mcgpc.com


*Attorneys for Plaintiff and the putative Class and Subclass*

**Certificate of Service**

I hereby certify that on February 26, 2026, I electronically filed the foregoing Joint Motion for an Extension of Time to Case Management Schedule Deadlines with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

*/s/ Monica S. Asher*
Monica S. Asher

MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400
masher@mcdermottlaw.com